[No. 17358-8-I.   Division One.   March 30, 1987.]

*In the Matter of* ROBERT LATTA.

HARBORVIEW MEDICAL CENTER, *Respondent,* v. ROBERT LATTA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-6-01322-5, Patricia H. Aitken, J., entered August 16, 1985. *Affirmed* by unpublished per curiam opinion.

[No. 16961-1-I.   Division One.   March 30, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY J. CRAWFORD, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-01254-9, Jim Bates, J., entered August 26, 1985. *Reversed* by unpublished opinion per Ringold, A.C.J., concurred in by Williams and Webster, JJ.

[Nos. 12066-2-I; 12067-1-I;   Division One.        March 30, 1987.]
       12077-8-I; 12078-6-I.

THE STATE OF WASHINGTON, *Respondent,* v. WARREN THEOPHILUS HILL, *Defendant,* ROBERT HADEN KING, JR., *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. WARREN THEOPHILUS HILL, *Appellant.*

Appeals from judgments of the Superior Court for King County, Nos. 82-1-00661-7, 82-1-00567-0, Robert W. Winsor and Norman W. Quinn, JJ., entered November 18, 1985, and July 12, 1982. *Affirmed as modified* by unpublished opinion per Grosse, J., concurred in by Coleman and Pekelis, JJ.